OPINION — AG — THE CENTRAL OKLAHOMA MASTER CONSERVANCY DISTRICT IS NOT A "POLITICAL SUBDIVISION" OF THE STATE; HOWEVER, IT IS AN "INSTRUMENTALITY" WITHIN THE PURVIEW OF 51 O.S. 1961 121 [51-121] ET SEQ., RELATING TO OLD AGE AND SURVIVORS INSURANCE. CITE: 82 O.S. 1965 Supp., 545 [82-545], 51 O.S. 1961 122 [51-122](G), 82 O.S. 1965 Supp., 544 [82-544], 51 O.S. 1961 121 [51-121] (JOSEPH MUSKRAT)